PROB 12C
(NEP 4/2013)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Amended Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| **Offender:** | Gregory Bahati | **Docket No.** | 8:15CR00343 |
| **Type of Supervision:** | Supervised Release | **Date of This Report:** | February 13, 2023 |
| **Sentencing Judge:** | The Honorable Joseph F. Bataillon<br>Senior U.S. District Judge | | |
| **Offense of Conviction:** | Count I: Racketeering Influenced and Corrupt Organization Conspiracy<br>[18 U.S.C. § 1962(d)] - Class C Felony<br>Count VIII: Threats in Aid of Racketeering<br>[18 U.S.C. § 1959(a)(4)] – Class D Felony<br>Count IX: Brandishing Firearm During Crime of Violence<br>[18 U.S.C. § 924(c)(1)(A)(ii)] - Class A Felony | | |
| **Supervision Term:** | February 4, 2022 through February 3, 2027 | | |

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| Brandon T. Maxon | Matt O. Molsen | David R. Stickman |

## PETITIONING THE COURT

The undersigned probation officer recommends this Amended Petition be addressed at the initial appearance scheduled for February 15, 2023, to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations. Gregory Bahati is currently in custody at the Douglas County Department of Corrections (see Allegation No. 5).

*Allegation No. 5 was added to reflect the new violation conduct.

**Gregory Bahati**  February 13, 2023
**Amended Petition for Warrant or Summons**  Page 2 of 5

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Gregory Bahati is in violation of **Standard Condition #3** which states, "You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer." |

On January 26, 2023, Mr. Bahati appeared in an Instagram video showing him on a plane. On that same date, Mr. Bahati appeared in a second Instagram video showing him on what appears to be the "L" Train in Chicago, Illinois, a train used for public transportation.

According to the Omaha Airport Authority, on January 26, 2023, Mr. Bahati flew from Omaha, Nebraska, to Chicago, Illinois, and then from Chicago, Illinois to Miami, Florida.

| | |
|---|---|
| 2 | Gregory Bahati is in violation of **Standard Condition #8** which states, "You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer." |

On May 19, 2022, in Douglas County, Nebraska, members of the Omaha Police Department conducted a traffic stop and identified the following as passengers in the vehicle, Mr. Bahati and Charles Clark. Mr. Clark is a known convicted felon, having previously been convicted of Assault, 2nd Degree, a felony offense, and Use of a Firearm to Commit a felony. Mr. Bahati did not have permission of the probation officer to have contact with this individual.

On June 19, 2022, in Douglas County, Nebraska, Mr. Bahati was involved in car accident and the reporting Omaha Police Officers identified two occupants in the vehicle as Mr. Bahati and Cameron Ford. Mr. Ford is a known convicted felon, having been previously convicted of Possession of a Firearm While Under Indictment and Possession with Intent to Distribute Crack Cocaine. Mr. Bahati did not have permission of the probation officer to have contact with this individual. Mr. Bahati admitted to the undersigned officer that he knew Mr. Ford was a convicted felon.

On July 27, 2022, in Douglas County, Nebraska, members of the Omaha Police Department conducted a traffic stop and identified the following as passengers in the vehicle, Mr. Bahati and Victor Henderson. Mr. Henderson is a known convicted felon, having previously convicted of Conspiracy to Distribute and Possess with Intent to Distribute Crack Cocaine. Mr. Bahati did not have permission of the probation officer to have contact with this individual.

On September 17, 2022, in Sarpy County, Nebraska, members of the Omaha Police Department observed Mr. Bahati and Marcus Magness together at Scary Acres. Mr. Magness is a known convicted felon, having previously convicted of Robbery and Use of a Firearm to Commit a Felony. Mr. Bahati did not have permission of the probation officer to have contact with this individual.

On January 26, 2023, Mr. Gregory Bahati and Quincy Hatten were together on an Instagram video. Mr. Hatten is a known convicted felon, having previously convicted of Possession with Intent to Distribute Cocaine. Mr. Bahati did not have permission of the probation officer to have contact with this individual.

On January 26, 2023, Mr. Gregory Bahati and Janohn Liggins were together on an Instagram video. Mr. Liggins is a known convicted felon, having previously convicted of Possession of a Controlled Substance. Mr. Bahati did not have permission of the probation officer to have contact with this individual.

3   Gregory Bahati is in violation of **Special Condition a** which states, "You must not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance."

On May 7, 2022, in Douglas County, Nebraska, Mr. Bahati was involved in an altercation which resulted in him being shot in the foot. On May 16, 2022, Mr. Bahati admitted to the undersigned officer that he was drinking alcohol with friends when an altercation broke out near 41st and Binney Street, Omaha, Nebraska.

4   Gregory Bahati is in violation of **Special Condition j** which states, "You must not associate with any member, prospect, or associate member of any criminal street gang."

On April 8, 2022, in Douglas County, Nebraska, members of the Omaha Police Department conducted a traffic stop and identified the following as passengers in the vehicle, Mr. Bahati and Raushod Johnson. According to the Omaha Police Gang Unit, Mr. Johnson is a known member of the 44th Avenue Crip Gang.

On May 7, 2022, in Douglas County, Nebraska, Mr. Bahati was present at a bar and restaurant in Omaha, Nebraska, where the Omaha Police Department observed and identified multiple members of the 40th Avenue Crip Gang, including Mr. Bahati. Mr. Bahati admitted to the undersigned officer that he was present at the establishment and that he had knowledge that some of the patrons were active gang members. Furthermore, Mr. Bahati admitted that after leaving the establishment he was "hanging out" on the corner of 41st and Binney Streets in Omaha, Nebraska, when an active gang member shot him in the foot.

On May 19, 2022, in Douglas County, Nebraska, members of the Omaha Police Department conducted a traffic stop and identified the following as passengers in the vehicle, Mr. Bahati, Charles Clark and Billiam Gunn. According to the Omaha Police Gang Unit, both Clark and Gunn are known members of the 40th Avenue Crip Gang.

On June 19, 2022, in Douglas County, Nebraska, Mr. Bahati was involved in a car accident. The Omaha Police Department identified two occupants, Mr. Bahati and Cameron Ford. According to the Omaha Police Gang Unit, Mr. Ford is a known member of the 44th Avenue Crip Gang.

On July 27, 2022, in Douglas County, Nebraska, members of the Omaha Police Department conducted a traffic stop and identified the following as passengers in the

vehicle, Mr. Bahati and Victor Henderson. According to the Omaha Police Gang Unit, Mr. Henderson is a known member of the 44th Avenue Crip Gang.

On September 17, 2022, in Sarpy County, Nebraska, members of the Omaha Police Department observed Mr. Bahati at Scary Acres with Marcus Magness. According to the Omaha Police Gang Unit, Mr. Magness is a known member of the Hilltop Crip Gang.

On January 26, 2023, Mr. Bahati was in an Instagram video with Janhon Liggins. According to the Omaha Police Gang Unit, Mr. Liggins is a known member of the Hilltop Crip Gang.

On January 26, 2023, Mr. Bahati was in an Instagram photo with Marcus Magness and Kaquan Amerson. According to the Omaha Police Gang Unit, Mr. Magnass and Mr. Amerson are known members of the Hilltop Crip Gang.

5. Gregory Bahati is in violation of the **Mandatory Condition** which states, "You must not commit another federal, state or local crime."

On February 9, 2023, in Omaha, Nebraska, law enforcement officers observed Gregory Bahati inside a Tractor Supply store located at 9630 Ida Street in Omaha. As Mr. Bahati exited the store, he was approached by officers attempting to execute the federal supervised release violation warrant. Mr. Bahati fled on foot but was ultimately taken into custody. He has been charged with Obstructing Administration of Law, a misdemeanor, and was arraigned on said charge in the Douglas County Court on February 10, 2023 (Case No. CR23-2346). He is scheduled for trial on March 13, 2023.

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,  Reviewed by:

_____   _____
Brandon T. Maxon, Supervising  Kimi J. Jensen, Supervising
U.S. Probation and Pretrial Services Officer  U.S. Probation and Pretrial Services Officer

**Gregory Bahati**  February 13, 2023
**Amended Petition for Warrant or Summons**  Page 5 of 5

## THE COURT ORDERS THAT:

☐  No action shall be taken.

☐  A Warrant shall be issued for service upon Gregory Bahati and a hearing held by the Court to determine whether Gregory Bahati has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

☐  The U. S. Probation Officer shall summons Gregory Bahati to appear for a hearing in court to determine whether Gregory Bahati has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

☑  The following action to be taken (specify other action): **Amended Petition be addressed at the initial appearance scheduled for February 15, 2023.**

_____   2/13/2023
The Honorable Joseph F. Bataillon   Date
Senior U.S. District Judge

### * * * NOTICE TO OFFENDER * * *

**Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:**
(A)  written notice of the alleged violation(s);
(B)  disclosure of the evidence against you;
(C)  an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
(D)  notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.