IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:15CR343 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| GREGORY BAHATI, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on September 19, 2023, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from Motion Hearing held 11/16/2016

and Sentencing held 6/22/2017

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   September 19, 2023

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge